UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

          Petitioner,

v.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,

          Respondents.

Case No. C22-00049-TL-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation (Dkt. No. 27) of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and having received no objections or responses, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's third amended petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Dkt. 24), is DISMISSED without prejudice.

(3) Petitioner's motion seeking to reinstate "all prior preliminary injunctions/motions and immediate discharge" (Dkt. 25), and "motion for discharge based on Respondent's failure to provide defendant with 60-day speedy trial rights and law library" (Dkt. 26), are DENIED.

(4) A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c).

(5) The Clerk is DIRECTED to send copies of this Order to the Petitioner and to Judge Vaughan.

Dated this 31st day of August 2022.

_____
Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2